Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

08-CV-0778

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. RILAND BRYANT 07A6919
2. _____

-VS-

**B.** Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. MELVIN WILLIAMS, SUPERINTENDENT
2. R. REYNOLDS, CORRECTION OFFICER
3. _____
4. _____
5. _____
6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: RILAND BRYANT 07A6919

Present Place of Confinement & Address: Willard Drug Treatment Campus 7116 County Road 132, P.O. Box 303, Willard, New York 14588

Name and Prisoner Number of Plaintiff: RILAND BRYANT 07A6919

Present Place of Confinement & Address: Willard Drug Treatment Campus 7116 County Road 132, P.O. Box 303, Willard, N.Y. 14588

**DEFENDANT'S INFORMATION**  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: MELVIN Williams, SUPERINTENDENT, R. REYNOLDS, CORRECTION OFFICER

(If applicable) Official Position of Defendant: SUPERINTENDENT

(If applicable) Defendant is Sued in ____ Individual and/or ✓ Official Capacity

Address of Defendant: 7116 COUNTY ROAD 132, P.O. BOX 303, Willard, N.Y. 14588

Name of Defendant: R. REYNOLDS

(If applicable) Official Position of Defendant: CORRECTION OFFICE

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 7116 COUNTY ROAD 132, P.O. BOX 303, WILLARD, N.Y. 14588

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in ____ Individual and/or ____ Official Capacity

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓   No ____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): RILAND BRYANT 07A6919
   Defendant(s): MELVIN Williams, SUPERINTENDENT
   R. REYNOLDS, CORRECTION OFFICER

2. Court (if federal court, name the district; if state court, name the county): SENECA COUNTY

3. Docket or Index Number: _____
4. Name of Judge to whom case was assigned: DENNIS BENDER, A.S.J.

2

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

    Is it still pending? Yes _X_ No _✓_

        If not, give the approximate date it was resolved. _5-18-08_

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun any other **lawsuits in federal court** which **relate to your imprisonment**?

    Yes ____ No _✓_

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2. District Court: _____

3. Docket Number: _____

4. Name of District or Magistrate Judge to whom case was assigned: _____

5. The approximate date the action was filed: _5-18-08_

6. What was the disposition of the case?

    Is it still pending? Yes _X_ No _✓_

        If not, give the approximate date it was resolved. _____

3

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- **Excessive Force** *(circled)*
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note** that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) April 9, 2008

defendant (give the **name and position held** of **each defendant** involved in this incident) R. Reynolds, Corrections Officer, Melvin Williams, Superintendent

did the following to me (briefly state what each defendant named above did): Went to Breakfast after physical training. Were almost done when he grabbed me in the collar of my sweatshirt pulled me to the floor then dragged me across the floor and then he kicked me twice in the back

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Assault & Sexual Assault

The relief I am seeking for this claim is (briefly state the relief sought): 1,000,000.00 One million dollars

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes ✓ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes ✓ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Having problems getting to Law Library here. Sign up and they call everyone else but me. Still have not been able to get to library at Willard D.T.C..

**A. SECOND CLAIM:** On (date of the incident) 4-9-08

defendant (give the **name and position held** of **each defendant** involved in this incident) Melvin Williams Supt., Ricky Reynolds, C.O.

5

did the following to me (briefly state what each defendant named above did): They made me eat a bagel off the floor in front of over (100) one hundred parolee's who were afraid to say that they had seen what happened. ~~I~~ Went to sick-call for the pain in my back and was taken to a room called the rubber room with Sgt Reynold who threatened me and then made me sign a piece of paper and then took pictures of my back.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ASSAULT / SEXUAL ASSAULT

The relief I am seeking for this claim is (briefly state the relief sought): 1,000,000.00 — One million dollars for damages, pain and suffering

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ____ Yes  ✓ No   If yes, what was the result? _____

Did you appeal that decision? ____ Yes  ✓ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: DID NOT KNOW EXACTLY WHAT REMEDIES WERE

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT
*Summarize the relief requested by you in each statement of claim above.*

MONETARY PAYMENTS FOR PAIN AND SUFFERING ALONG WITH DAMAGES ALL IN TOTAL ONE MILLION DOLLARS (1,000,000.00)

Do you want a jury trial? Yes____ No____

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 10, 2008_
               (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Richard Bryant 07A6919_

Signature(s) of Plaintiff(s)

UCS-840(REV 1/2000)

## REQUEST FOR JUDICIAL INTERVENTION

| COURT | COUNTY | INDEX NO. | DATE PURCHASED |
|---|---|---|---|

PLAINTIFF(S):
Riland Bryant 07A6919

DEFENDANT(S):
Melvin Williams, Superintendent
R. Reynolds, Correction Officer

| For Clerk Only |
|---|
| IAS entry date |
| Judge Assigned |
| RJI Date |

Date issue joined: _____   Bill of particulars served (Y/N):   [ ] Yes   [ ] No

**NATURE OF JUDICIAL INTERVENTION** (check ONE box only AND enter information)

[ ] Request for preliminary conference

[ ] Note of issue and/or certificate of readiness

[ ] Notice of motion (return date: _____)
Relief sought _____

[•] Order to show cause
(clerk enter return date: _____)
Relief sought _____

[ ] Other ex parte application (specify: _____)

[ ] Notice of petition (return date: _____)
Relief sought _____

[ ] Notice of medical or dental malpractice action (specify: _____)

[ ] Statement of net worth

[ ] Writ of habeas corpus

[ ] Other (specify: _____)

**NATURE OF ACTION OR PROCEEDING** (Check ONE box only)

**MATRIMONIAL**
[ ] Contested — -CM
[ ] Uncontested — -UM

**COMMERCIAL**
[ ] Contract — -CONT
[ ] Corporate — -CORP
[ ] Insurance (where insurer is a party, except arbitration) — -INS
[ ] UCC (including sales, negotiable instruments) — -UCC
[ ] *Other Commercial — -OC

**REAL PROPERTY**
[ ] Tax Certiorari — -TAX
[ ] Foreclosure — -FOR
[ ] Condemnation — -COND
[ ] Landlord/Tenant — -LT
[ ] *Other Real Property — -ORP

**OTHER MATTERS**
[ ] * _____ — -OTH

**TORTS**

**Malpractice**
[ ] Medical/Podiatric — -MM
[ ] Dental — -DM
[ ] *Other Professional — -OPM

[ ] Motor Vehicle — -MV
[ ] *Products Liability — -PL

[ ] Environmental — -EN
[ ] Asbestos — -ASB
[ ] Breast Implant — -BI
[ ] *Other Negligence — -OTN

[✓] *Other Tort (including intentional) — -OT

**SPECIAL PROCEEDINGS**
[ ] Art. 75 (Arbitration) — -ART75
[ ] Art. 77 (Trusts) — -ART77
[✓] Art. 78 — -ART78
[ ] Election Law — -ELEC
[ ] Guardianship (MHL Art. 81) — -GUARD81
[ ] *Other Mental Hygiene — -MHYG
[ ] *Other Special Proceeding — -OSP

Check "YES" or "NO" for each of the following questions:

Is this action/proceeding against a

YES  NO
[ ]  [ ]  Municipality:
         (Specify _____)

YES  NO
[✓]  [ ]  Public Authority:
         (Specify DEPT. OF CORRECTIONAL SERVICES

YES  NO
[✓]  [ ]  Does this action/proceeding seek equitable relief?
[✓]  [ ]  Does this action/proceeding seek recovery for personal injury?
[ ]  [✓]  Does this action/proceeding seek recovery for property damage?

Pre-Note Time Frames:
(This applies to all cases except contested matrimonials and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue):

☐ Expedited: 0-8 months   ☐ Standard: 9-12 months   ☒ Complex: 13-15 months

Contested Matrimonial Cases Only: (Check and give date)

Has summons been served?          ☐ No       ☐ Yes, Date _____

Was a Notice of No Necessity filed?  ☐ No       ☐ Yes, Date _____

ATTORNEY(S) FOR PLAINTIFF(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☒ | Riland Bryant  07A6919 | 100 Terrace Ave. #230 | 516-385-4767 |
| ☐ |  | Hempstead, N.Y. 11550 |  |

ATTORNEY(S) FOR DEFENDANT(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
|  |  | Willard Drug Treatment Campus |  |
| ☐ | Melvin Williams, Superintendent | 7116 County 132, P.O. Box 303 |  |
| ☐ | Ricky Reynolds, Correction Officer | Willard, N.Y. 14588 |  |

*Self Represented: parties representing themselves, without an attorney, should check the "Self Rep." box and enter their name, address, and phone # in the space provided above for attorneys.

INSURANCE CARRIERS:


RELATED CASES: (IF NONE, write "NONE" below)

Title          Index #          Court          Nature of Relationship

                              NONE

I AFFIRM UNDER PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated:                _____Riland Bryant  07A6919_____
                               (SIGNATURE)
                      _____Riland Bryant_____
                           (PRINT OR TYPE NAME)

                              ATTORNEY FOR

ATTACH RIDER SHEET IF NECESSARY TO PROVIDE REQUIRED INFORMATION

\forms\rji2000.wpd